IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES WYMER,

    Plaintiff,

vs.                                  Case No. 4:11cv174-MP/WCS

IRENE HUMPHREY,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding *pro se*, submitted a civil rights complaint and an *in forma pauperis* motion. Docs. 1, 2. Ruling could not be made on Plaintiff's motion to proceed *in forma pauperis*, doc. 2, because it was unknown whether or not Plaintiff was a "prisoner" as defined by 28 U.S.C. § 1915(h) and because Plaintiff had not provided his bank statements to verify funds and properly support the motion. An order was entered requiring Plaintiff to file a response which advises whether he has been convicted of a criminal offense and is serving a criminal sentence, parole, or probation, is accused of committing and offense and is awaiting trial (including having been found incompetent to proceed to trial), or has been involuntarily civilly committed to Florida State Hospital. Doc. 4.

Plaintiff filed a document entitled a "response," doc. 5, but which was not responsive to that order.  Plaintiff did not address his confinement status and did not provide any of the required information on his inmate/resident bank account.  The prior order had advised that failure to comply with the order may result in a recommendation of dismissal of this action.  Plaintiff has not complied and, therefore, this case should be dismissed for Plaintiff's failure to comply and failure to prosecute.

In light of the foregoing, it is respectfully **RECOMMENDED** that this action be **DISMISSED** for failure to prosecute and Plaintiff's failure to comply with a court order.

**IN CHAMBERS** at Tallahassee, Florida, on June 28, 2011.


　　　s/　　William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**